UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC SELDERS | CIVIL ACTION |
| VERSUS | NO. 19-13075 |
| JAMES M. LEBLANC, ET AL. | SECTION "F"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief United States Magistrate Judge's Report and Recommendation filed by the plaintiff on July 23, 2020 (Rec. Doc. No. 20), hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Eric Selders's 42 U.S.C. § 1983 claims against the defendants, Secretary James M. LeBlanc, Warden Robert C. Tanner, Nursing Director Marsha Culpepper, and Assistant Warden Beverly Kelly, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 28th day of August, 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE